Michael CAISON, Plaintiff–Appellant,

v.

**VOLUNTEERS OF AMERICA NATIONAL SERVICES, Defendant–Appellee.**

No. 03–1890.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 8, 2003.

Decided Oct. 24, 2003.

Michael Caison, Appellant Pro Se. Rebecca Everett Kuehn, LECLAIR RYAN, P.C., Alexandria, Virginia, for Appellee.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Caison appeals the district court's order granting summary judgment

to the Defendant in his racial discrimination and disparate impact claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Caison v. Volunteers of America Nat'l Servs.*, No. CA–02–1844–A (E.D. Va. filed June 20, 2003; entered June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*